UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORMA LIDIA ANDRADE RAMIREZ, ENRIQUE RAMIREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF   AUGUSTIN RAMIREZ, DECEASED, MARIA CLEOFAS PATLAN HERNANDEZ, ANTONIA RAMIREZ, PATLAN, MARIA DEL ROSARIO RAMIREZ, AND MARIBEL RAMIREZ PATLAN<br><br>PLAINTIFFS,<br><br>VS.<br><br>SIMONDS INTERNATIONAL CORPORATION,<br><br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:14-CV-1096 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs Norma Lidia Andrade Ramirez, Enrique Ramirez, Individually and as Representative of the Estate of Agustin Ramirez, Deceased, Maria Cleofas Patlan Hernandez, Antonia Ramirez Patlan, Maria Del Rosario Ramirez and Maribel Ramirez Patlan, and Defendant Simonds International Corporation and file this joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

I.

1.1    Plaintiffs seeking dismissal are Norma Lidia Andrade Ramirez, Enrique Ramirez, Individually and as Representative of the Estate of Agustin Ramirez, Deceased, Maria Cleofas

Patlan Hernandez, Antonia Ramirez Patlan, Maria Del Rosario Ramirez and Maribel Ramirez Patlan.

1.2 Defendant is Simonds International Corporation.

1.3 On December 4, 2014, Plaintiffs sued Defendant.

1.4 Defendant Simonds International Corporation who has served an answer agrees to the dismissal.

1.5 This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

1.6 A receiver has not been appointed in this case.

1.7 This case is not governed by any federal statute that requires a court order for dismissal of the case.

1.8 This dismissal is with prejudice.

    Respectfully submitted,

    By:    /s/ *Craig M. Sico*
    Craig M. Sico
    State Bar No. 18339850
    Federal I.D. No. 13540
    SICO, WHITE, HOELSCHER, HARRIS
     & BRAUGH, L.L.P
    802 N. Carancahua, Suite 900
    Corpus Christi, Texas 78401
    Telephone: 361-653-3300
    Facsimile: 361-653-3333

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Roger S. Braugh, Jr.
State Bar No. 00796244
Federal I.D. No. 21326
Jeffrey H. Richter
State Bar No. 24061614
Federal I.D. No. 1794395
SICO, WHITE, HOELSCHER, HARRIS
  & BRAUGH, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: 361-653-3300
Facsimile: 361-653-3333

Joel Brent Goudarzi
State Bar No. 00798218
GOUDARZI & YOUNG, LLP
301 North Titus Street
Gilmer, TX 75644
Telephone: 903-843-2544
Facsimile: 903-843-2026

**ATTORNEYS FOR PLAINTIFFS**

      By:       /s/ *Brett L. Myers*
            Brett L. Myers
            State Bar No. 00788101
            FOX ROTHSCHILD
            5420 LBJ Freeway, Suite 1200
            Dallas, Texas 75240
            Telephone: 972-991-0889
            Facsimile: 972-404-0516

            **ATTORNEY-IN-CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 30th day of December 2015, a true and correct copy of the above and foregoing document was served upon the following counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

                          /s/ *Craig M. Sico*
                          Craig M. Sico

Brett L. Myers
Fox Rothschild
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, TX 75240